In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-626 CV


____________________



IN RE AKROTEX WAREHOUSE, INC.






Original Proceeding






 MEMORANDUM OPINION


 Relator Akrotex Warehouse, Inc. filed a petition for writ of mandamus in this Court. 
See Tex. R. App. P. 52. We stayed proceedings in the trial court. On April 25, 2008, relator
notified the Court that the parties have compromised and settled their differences and that
the relator no longer requests mandamus relief. Accordingly, we vacate our stay order
previously entered in this cause and dismiss this original proceeding without reference to the
merits.

 PETITION DISMISSED.


 PER CURIAM


Opinion Delivered May 8, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.